■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD CORRALES, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on June 26, 1989, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVON HARDY, Appellant.—Judgment, Supreme Court, New York County (Albert P. Williams, J.), rendered May 14, 1990, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 4 to 8 years, unanimously affirmed.

The testimony elicited by the People concerning the inability of the witnesses to identify defendant at trial substantially complied with CPL 60.25 (1) (a) (iii), and the inferential testimony of the officers, as noted by defendant, irresistibly leads to the conclusion that a prior identification was made. The challenged testimony, therefore, was properly admitted as evidence in chief. Concur—Wallach, J. P., Kupferman, Kassal and Rubin, JJ.